[No. 9167-4-II.  Division Two.  May 21, 1987.]

SHANE FLAMMANG, *Plaintiff*, v. THE CITY OF
PUYALLUP, *Appellant*, DAVID WAKEFIELD,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 84-2-02756-3, Thomas R. Sauriol, J., entered
September 13, 1985. *Affirmed* by unpublished opinion per
Conoley, J. Pro Tem., concurred in by Goodloe and How-
ard, JJ. Pro Tem.


[No. 8840-1-II.  Division Two.  May 21, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
DANA TODHUNTER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 84-1-00517-3, Thomas L. Lodge, J., entered
January 11, 1985. *Affirmed* by unpublished opinion per
Utter, J. Pro Tem., concurred in by Cox and Meiner, JJ.
Pro Tem.


[No. 9093-7-II.  Division Two.  May 21, 1987.]

FREDERICK P. EHRMAN, ET AL, *Respondents,* v. TOM
LESTER, ET AL, *Appellants,* ELAINE WIGHT,
*Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 85-2-00414-6, William L. Brown, Jr., J.,
entered August 16, 1985. *Reversed* by unpublished opinion
per Williams, J. Pro Tem., concurred in by Dolliver and
Harris, JJ. Pro Tem.